**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

    Brian J. Wollaber

              Debtor(s)

Case No.: 1−17−11688−MJK
Chapter: 7

SSN: xxx−xx−4245

## FINAL DECREE

The Trustee in the above−entitled case has filed a Report of No Distribution with respect to **Brian J. Wollaber** and appears to have performed all other duties in the administration of said debtor's case.

### IT IS ORDERED THAT:

Mark S. Wallach is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

Dated: January 3, 2018

**HONORABLE MICHAEL J. KAPLAN**
United States Bankruptcy Court

Form fnldec/Doc 36
www.nywb.uscourts.gov