# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: vernenj | Date Created: 1/3/2018 |
| Case: 1−17−11688−MJK | Form ID: fnldec | Total: 4 |

**Recipients of Notice of Electronic Filing:**

tr       Mark S. Wallach       mswallach@ecf.epiqsystems.com
aty     Robert B. Gleichenhaus     RBG_GMF@hotmail.com

                                         TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Brian J. Wollaber     5441 Murphy Road     Lockport, NY 14094
aty     Penney, Maier & Wallach     PO Box 607     Amherst, NY 14226

                                           TOTAL: 2